**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED R. KIDD,<br><br>    Plaintiff,<br><br>  vs.<br><br>B. POWELL, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-04260 EJD (PR)<br><br>ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME<br><br><br><br><br>(Docket No. 43.) |

     Plaintiff, a California inmate, filed the instant civil rights action in pro se pursuant to 42 U.S.C. §1983 against Salinas Valley State Prison ("SVSP") officials. On July 2, 2012, Defendants filed a motion to dismiss. (See Docket No. 32.) Plaintiff requested and received an extension of time to file an opposition to Defendant's motion to dismiss no later than September 5, 2012. (Docket No. 40.) The Court's order was returned as undeliverable. (See Docket No. 42.) Said order was subsequently resent and delivered to Plaintiff. Plaintiff has filed a motion for a second extension of time to file an opposition to Defendants' motion to dismiss. (Docket No. 43.)

     Good cause having been shown, Plaintiff's motion is GRANTED. Plaintiff's opposition is due **no later than November 4, 2012**. Defendants shall file a reply to the opposition **within 15 days** thereafter.

DATED: _____10/10/2012_____ _____
EDWARD J. DAVILA
United States District Judge

Order Granting Motion for Ext. of Time
N:\Pro - Se & Death Penalty Orders\October 2012\04260Kidd_SuppEot2.wpd