UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED R. KIDD,<br><br>    Plaintiff,<br><br>    v.<br><br>B. POWELL, et al.,<br><br>    Defendants. | Case No.  11-cv-04260-EJD   (NJV)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on June 25, 2014 in San Francisco, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( ) Plaintiff, Alfred Kidd Pro Se by phone

    ( ) Warden or warden's representative

    ( ) Office of the California Attorney General, Trace Maiorino

    ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1   ( X )  The parties are unable to reach an agreement at this time.

2   **IT IS SO ORDERED.**

3   Dated: June 25, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED R. KIDD,

    Plaintiff,

v.

B. POWELL, et al.,

    Defendants.

Case No.  11-cv-04260-EJD   (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/25/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfred R. Kidd
Kern Valley State Prison
P. O. Box 6000
Delano, CA 93216

Dated: 6/25/2014

Richard W. Wieking
Clerk, United States District Court

By
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3