UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALFRED R. KIDD,<br><br>        Plaintiff,<br><br>    v.<br><br>B. POWELL, et al.,<br><br>        Defendants. | Case No. 5:11-cv-04260 EJD<br><br>**ORDER APPOINTING COUNSEL FOR PLAINTIFF** |

Willing volunteer counsel having been located at the request of the Federal Pro Bono Project, it is hereby ordered that Karan Dhadialla, Julian Park and Patricia Young of Latham & Watkins LLP are APPOINTED as counsel for Plaintiff Alfred R. Kidd in this matter.

Commencing upon the filing of this order, this action is STAYED until November 12, 2014, on which day the stay will automatically expire. The court schedules this action for a Case Management Conference at **9:00 a.m. on December 12, 2014.** The parties shall file a Joint Case Management Conference Statement on or before **December 5, 2014.**

**IT IS SO ORDERED**.

Dated: October 14, 2014

_____
EDWARD J. DAVILA
United States District Judge

Case No. 5:11-cv-04260 EJD
ORDER APPOINTING COUNSEL FOR PLAINTIFF