IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED R. KIDD, | ) | No. C 11-04260 EJD (PR) |
| Plaintiff, | ) ) | ORDER APPOINTING PRO BONO COUNSEL |
| v. | ) ) | |
| B. POWELL, et al., | ) ) | |
| Defendants. | ) ) ) | |

      Plaintiff, a California prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 against officials of the Salinas Valley State Prison ("SVSP") for violating his Eighth Amendment right against the use of excessive force. On March 24, 2014, the Court denied Defendants' motion for summary judgment and referred the matter to Magistrate Judge Nandor Vadas for mediation. (Docket No. 72.) After settlement proceedings proved unsuccessful, the Court granted Plaintiff's motion to appoint counsel and referred this matter to the Federal Pro Bono Project of the Volunteer Legal Services Program ("VLSP") to locate counsel.

      The VLSP has informed the court that Gabriel Gross and Yasamin Parsafar of the Latham & Watkins LLP law firm, 140 Scott Drive, Menlo Park, CA 94111, has agreed to serve as appointed pro bono counsel for Plaintiff.  Thus, Gabriel Gross and Yasamin

1  Parsafar are hereby APPOINTED as counsel for plaintiff pursuant to 28 U.S.C. §
2  1915(e)(1).  The scope of this referral shall be for all purposes for the duration of the
3  case.  Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono
4  Project Guidelines posted on the Court's website.
5       The Clerk shall set this matter for a case management conference within 90 days of
6  the filing date of this order.
7       IT IS SO ORDERED.

9  DATED: 10/14/2014

EDWARD J. DAVILA
United States District Judge

Order Directing P to locate Ds
P:\PRO-SE\EJD\CR.11\04260Kidd_counsel_appointed.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALFRED R. KIDD,

        Plaintiff,

  v.

B. POWELL, et al.,

        Defendants.
                                             /

Case Number CV 11-04260 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____10/15/2014_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

Alfred R. Kidd K-55068
Kern Valley State Prison
P. O. Box 6000
Delano, CA 93216

DATED: \_\_\_10/15/2014_____

                                      Richard W. Wieking, Clerk
                                       /s/ Elizabeth Garcia, Deputy Clerk