UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALFRED R. KIDD,<br><br>        Plaintiff,<br><br>    v.<br><br>B. POWELL, et al.,<br><br>        Defendants. | Case No. 5:11-cv-04260-EJD<br><br>**ORDER CONTINUING TRIAL SETTING CONFERENCE** |

Having reviewed the parties joint statement filed on July 27, 2015 (Docket Item No. 90), the court orders as follows:

1. As previously ordered, a hearing date for anticipated dispositive motions has been scheduled for **9:00 a.m. on February 18, 2016.** The court notes, however, that Defendants have previously filed a motion for summary judgment (Docket Item No. 54). Accordingly, pursuant to Section IV(A)(1) of the undersigned's Standing Order for Civil Cases, Defendants may not file another motion for summary judgment, partial summary judgment or summary adjudication without first obtaining leave of court to do so.

2. This action is again referred to Magistrate Judge Nandor Vadas for a settlement conference to occur no later than **November 30, 2015.** The parties shall contact Judge Vadas' Courtroom Deputy to arrange a date, time and place for the conference.

3. The Trial Setting Conference currently scheduled for August 6, 2015, is CONTINUED to **11:00 a.m. on November 5, 2015**. The parties shall file an updated Joint Trial Setting Conference Statement on or before **October 26, 2015.**

**IT IS SO ORDERED.**

Dated: August 3, 2015

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:11-cv-04260-EJD
ORDER CONTINUING TRIAL SETTING CONFERENCE