UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALFRED R. KIDD,<br><br>        Plaintiff,<br><br>   v.<br><br>B. POWELL, et al.,<br><br>        Defendants. | Case No.  11-cv-04260 EJD  (NJV)<br><br>**ORDER RE SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 94 |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled in this case for 10:00 a.m. on August 26, 2015.  The settlement conference will be conducted via video conferencing, with counsel appearing from the Courtroom D on the 15th floor of the United States Courthouse in San Francisco, and the Court appearing from Eureka.  Plaintiff's counsel shall make Plaintiff available by telephone.  Plaintiff shall call into the settlement conference by dialing 888-684-8852 and entering access code 1868782.

Lead trial counsel shall appear at the settlement conference with the parties and persons having full authority to negotiate and settle the case.  A person who needs to call another person not present before agreeing to any settlement does not have full authority.  To the extent that such consultations are necessary, they must be made in advance of the settlement conference.

Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

Confidential settlement conference statements shall be mailed or emailed

(NJVpo@cand.uscourts.gov) to and received by chambers no later than 4:30 p.m. on August 20, 2015. The parties shall report on the outcome of their settlement discussions in their settlement conference statements.

Any request to continue the settlement conference shall state the reason therefor and be submitted in writing as soon as possible well in advance of the scheduled conference date. Requests to vacate the settlement referral must be made to the referring Judge, not Magistrate Judge Vadas.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference.

**IT IS SO ORDERED**.

Dated: August 14, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge